**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE: HEALTH MANAGEMENT ASSOCIATES, INC., QUI TAM LITIGATION (NO. II),

This Document Relates To:
ALL CASES

Misc. Action No. 14-339 (RBW)
MDL Docket No. 2524

**JOINT CASE MANAGEMENT REPORT**

Pursuant to the Court's Initial Practice & Procedure Order ("Order"), dated April 23, 2014, Docket ("Dkt.") 6, the parties in the above-consolidated cases respectfully submit this Joint Case Report in advance of the Initial Scheduling and Case Management Conference, which has been set for June 6, 2014 at 2 p.m. The parties have met and conferred with respect to the topics identified in paragraph 18 of the Court's Order. As set forth below, the parties are in agreement regarding these topics and jointly request that this case be stayed for a period of 120 days, up to and until October 6, 2014, so that the parties can explore whether a consensual resolution of the underlying cases can be achieved without judicial intervention.

**I. Settlement Prospects**

The parties agree that there is a realistic possibility of settling some or all of the underlying cases. All of the parties have expressed an interest in pursuing good faith discussions about resolving these cases. In particular, counsel for the United States Department of Justice and HMA Defendants have already had a number of meetings and telephone discussions and begun preliminary settlement talks regarding one of the issues alleged in several of these actions. Other defendants also have met with Justice Department

representatives regarding the claims against them. The discussions between the parties to date have been productive. The parties expect to continue to meet over the next several months and are hopeful that they will continue to make meaningful progress towards a resolution.

At this time, the parties do not believe that use of the Court's alternative dispute resolution ("ADR") procedures or some other form of ADR would be helpful. The parties are communicating directly and are making progress. If one or more of the parties concludes in the future that ADR would be beneficial, they may request the assistance of the Court in establishing ADR, but that is not currently the case.

## II. Proposed Schedule

In light of the ongoing discussions exploring possible resolution, the parties believe that beginning litigation activity will be inefficient, distracting, and counterproductive. It may be that the parties are able to resolve some or all of these cases through such negotiations. At a minimum, the discussions between the parties will likely narrow the specific areas in dispute and allow future discovery and briefing to be more focused and efficient. For that reason, the parties request a four-month stay of the litigation to pursue these settlement discussions.

The parties are mindful that this stay request is for an extended time period. However, this MDL is complex, involving nine separate actions with numerous relators and defendants and alleging a diverse set of health care fraud claims relating to Emergency Department admissions and physician relationships at dozens of hospitals around the country. Resolving these cases will present numerous factual, legal, and logistical challenges. The parties therefore believe that a stay of at least four months is necessary for the parties to have time to meaningfully explore settlement. The parties' proposed Order calls for the parties to submit an updated Joint Management Report on September 22, 2014.

## III. Corporate Disclosure Statements

Pursuant to this Court's Order, attached at Appendix A is a list of all defendant corporations that have outstanding securities in the hands of the public.

Dated: May 21, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

/s/Laurie A. Oberembt
Michael D. Granston
Daniel R. Anderson
Laurie A. Oberembt
Justin Draycott
U.S. Department of Justice
Civil Division
601 D Street, NW
Washington, DC 20004
Phone: (202) 514-3345

*Attorneys for the Plaintiff United States*

/s/Richard A. Sauber
Richard A. Sauber (D.C. Bar No. 385070)
Michael L. Waldman (D.C. Bar No. 414646)
Jennifer S. Windom (D.C. Bar No. 502481)
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Phone: (202) 775-4500

*Attorneys for Defendant Health Management Associates, Inc.*

/s/Nancy Allsrom
Nancy Allstrom, Esq.
Senior Assistant Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave S.E. West Tower
19th Floor
Atlanta, GA 30334
NAllstrom@LAW.GA.GOV

*Counsel for Plaintiff*: State of Georgia in No. 3:10-CV-472 (W.D.N.C.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 3:12-CV-151 (M.D. Ga.); No. 1:13-CV-1212 (N.D. Ill.)

/s/F. Edward Kirby, Jr.
F. Edward Kirby, Jr., Esq.
Special Deputy Attorney General
North Carolina Medicaid Fraud Control Unit
Office of the Attorney General
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612
fkirby@ncdoj.gov

*Counsel for Plaintiff*: State of North Carolina in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.)

/s/Niki S. Batt
Niki S. Batt, Esq.
Assistant Attorney General
Christopher P. Robinson, Esq.
Assistant Attorney General
Oklahoma Medicaid Fraud Control Unit
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105
niki.batt@oag.ok.gov
christopher.robinson@oag.ok.gov

*Counsel for Plaintiff*: State of Oklahoma in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Timothy Harlan
Timothy Harlan, Esq. Assistant Attorney General P.O. Box 20207
Nashville, TN 37202-0207
Tim.Harlan@ag.tn.gov

*Counsel for Plaintiff*: State of Tennessee in No. 3:10-CV-472 (W.D.N.C.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Kristina M. Kennedy
Kristina M. Kennedy, Esq.
Assistant Attorney General Civil Medicaid Fraud Division Office of the Attorney General P.O. Box 12548
Austin, Texas 78711-2548
kris.kennedy@texasattorneygeneral.gov

*Counsel for Plaintiff*: State of Texas in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Brian S. Hunter
Brian S. Hunter, Esq. Assistant Attorney General Office of Attorney General Medicaid Fraud Control Unit P1-01,
The Capitol
Tallahassee, Florida 32399-1050
Brian.Hunter@myfloridalegal.com

*Counsel for Plaintiff*: State of Florida in No. 8:08-CV-1795 (M.D. Fla.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 3:10-CV-472 (W.D.N.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Edward Sanders
Edward Sanders, Esq.
Edward Sanders Law Office
2506 Lakeland Driver; Ste 501
Flowood, MS 39232
edwardlloydsanders@gmail.com

*Counsel for Relator:* Bradley Nurkin in No. 2:11-CV-014 (M.D. Fla.)

/s/Robert Branning
Robert Branning, Esq.
Rehak & Branning Law
1411 Bayview Court
Fort Myers, FL 33901
branninglaw@yahoo.com

*Counsel for Relator*: Bradley Nurkin in No. 2:11-CV-014 (M.D. Fla.)

/s/Kevin Darken
Kevin Darken, Esq.
Cohen Law Group
201 East Kennedy Boulevard, Ste 1000
Tampa, Florida 33602
kdarken@tampalawfirm.com

*Counsel for Relator*: David Napoliello, M.D. in No. 8:08-CV-1795 (M.D. Fla.)

/s/Eric D. Isicoff
Eric D. Isicoff, Esq.
Isicoff, Ragatz & Koenigsburg
1200 Brickell Avenue, Suite 1900
Miami, FL 33131
isicoff@irlaw.com

*Counsel for Relator*: Paul Meyer in No. 0:11-CV-62445 (S.D. Fla.)

/s/Brandon Hornsby
Brandon Hornsby, Esq.
Hornsby Law Group
Atlantic Center Plaza
1180 W. Peachtree St., Ste 2200
Atlanta, Georgia 30309
brandon@hornsbylaw.com

*Counsel for Relator*: Ralph Williams in No. 3:12-CV-151 (M.D. Ga.)
*Counsel for Relator*: Craig S. Brummer, M.D. in No. 3:09-CV-135 (M.D. Ga.)

/s/Susan S. Gouinlock
Susan S. Gouinlock, Esq.
Marlan Wilbanks, Esq.
Wilbanks & Bridges, LLP
3414 Peachtree Road NE, Ste 1075
Atlanta, GA 30326
ssg@Wilbanks-Bridgeslaw.com
mbw@Wilbanks-Bridgeslaw.com

*Counsel for Relator*: Ralph Williams in No 3:12-CV-151 (M.D. Ga.)
*Counsel for Relator*: Craig S. Brummer, M.D. in No. 3:09-CV-135 (M.D. Ga.)

/s/Matthew K. Organ

David J. Chizewer, Esq.
Matthew K. Organ, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Ste 3300
Chicago, IL 60603
david.chizewer@goldbergkohn.com
matthew.organ@goldbergkohn.com

*Counsel for Relator*: Scott H. Plantz, M.D. in No. 1:13-CV-1212 (N.D. Ill.)

/s/Marc Raspanti

Marc Raspanti, Esq.
Pamela Brecht, Esq.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Ste 3402
Philadelphia, PA 19103
MSR@pietragallo.com
PCB@pietragallo.com

*Counsel for Relators*: Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PA in No. 3:10-CV-472 (W.D.N.C.)
*Counsel for Relators*: George E. Miller and Michael J. Metts in No. 5:10-CV-3007 (E.D. Pa)

/s/James F. Wyatt III

James F. Wyatt III, Esq.
Robert A. Blake Jr., Esq.
Wyatt & Blake LLP
435 East Morehead St.
Charlotte, NC 28202
jwyatt@wyattlaw.net
rblake@wyattlaw.net

*Counsel for Relators*: Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PA in No. 3:10-CV-472 (W.D.N.C.)

/s/Janet L. Goldstein

Janet L. Goldstein, Esq.
Vogel, Slade & Goldstein, LLP
1718 Connecticut Ave., N.W., 7th Floor
Washington, DC 20009
jgoldstein@vsg-law.com

*Counsel for Relators*: Jacqueline Meyer and Michael Cowling in No. 0:11-CV-1713 (D.S.C.)

/s/John Moylan

John Moylan, Esq.
Wyche, P.A.
801 Gervais Street, Suite B
Columbia, SC 29201
jmoylan@wyche.com

*Counsel for Relators*: Jacqueline Meyer and Michael Cowling in No. 0:11-CV-1713 (D.S.C.)

/s/Anne E. Railton
Anne E. Railton, Esq.
William J. Harrington, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
arailton@goodwinprocter.com
wharrington@goodwinprocter.com

*Counsel for Defendant*: Physicians Alliance Ltd. in No. 5:10-CV-3007 (E.D. Pa.)

/s/Barry M. Sabin
Barry M. Sabin, Esq.
Latham & Watkins
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004-1304
Barry.Sabin@lw.com

*Counsel for Defendant*: Gary D. Newsome in No. 0:11-CV-1713 (D.S.C.)

/s/David Matyas
David E. Matyas, Esq.
George B. Breen, Esq.
Epstein Becker Green
1227 25th Street, NW, Suite 700
Washington, DC 20037-1156
dmatyas@ebglaw.com

*Counsel for Defendants*: Emergency Medical Services Corporation and affiliated or subsidiary organizations in No. 0:11-CV-1713 (D.S.C.); No. 3:10-CV-472 (W.D.N.C.)

/s/John Delionado
John Delionado, Esq.
Hunton & Williams LLP
Sabadell Financial Center
1111 Brickell Ave., Suite 2500
Miami, FL 33131
jdelionado@hunton.com

*Counsel for Defendant*: Pro Med Clinical Systems in No. 1:13-CV-1212 (N.D. Ill.)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: HEALTH MANAGEMENT ASSOCIATES, INC., QUI TAM LITIGATION (NO. II), | Misc. Action No. 14-339 (RBW)<br>MDL Docket No. 2524 |
| This Document Relates To:<br>ALL CASES | |

**[PROPOSED] SCHEDULING ORDER**

Having considered the Joint Case Management Report submitted by the parties in these consolidated cases and all related pleadings, the Court hereby ORDERS that

1. All proceedings in this case are stayed for 120 days, until October 6, 2014.
2. The parties shall submit an updated Joint Management Report on September 22, 2014.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2014, I electronically filed the foregoing Joint Case Management Report with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

_/s/Richard A. Sauber___________________

Richard A. Sauber (D.C. Bar No. 385070)
Michael L. Waldman (D.C. Bar No. 414646)
Jennifer S. Windom (D.C. Bar No. 502481)
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Phone: (202) 775-4500

*Attorneys for Defendant Health Management Associates, Inc.*