AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

IN RE: HEALTH MANAGEMENT ASSOCIATES, INC.
QUI TAM LITIGATION (NO. II)

*Plaintiff*

v.  Case No. 1:14-mc-00339-RBW

MDL Docket No. 2524

*Defendant*

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gary D. Newsome.

Date: May 23, 2016

/s/   Anne W. Robinson
*Attorney's signature*

Anne W. Robinson (D.C. Bar No. 503232)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
*Address*

anne.robinson@lw.com
*E-mail address*

202-637-2161
*Telephone number*

202-637-2201
*FAX number*