**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: HEALTH MANAGEMENT ASSOCIATES, INC., <u>QUI TAM</u> LITIGATION (NO. II), | ) | Misc. Action No. 14-339 (RBW)<br>MDL Docket No. 2524 |
| This Document Relates To:<br>ALL CASES | ) | |

## UPDATED JOINT MANAGEMENT REPORT

Pursuant to the Court's Minute Order dated September 13, 2016, the parties in the above-consolidated cases respectfully submit this updated Joint Management Report. The criminal investigation is ongoing. The parties therefore request that this case be stayed for an additional period, from December 27, 2016, up to and until April 27, 2017, and that the status conference currently set for December 27, 2016, be re-scheduled to April 27, 2017.

Over the past months, the Criminal Division has continued its work and met with Defendant Health Management Associates, Inc. ("HMA") on September 19, 2016, and November 7, 2016, to address specific questions posed by the Criminal Division and explore a global resolution. On the civil side, the United States has continued to pursue good faith discussions with all defendants about resolving these cases. The United States and the States have worked with Emergency Medical Services Corporation (EMSC) and related entities to prepare settlement papers to resolve related claims pending in two cases. Counsel for EMSC has also communicated with the Criminal Division during this time. Counsel for the Office of Inspector General for the Department of Health and Human Services and EMSC have made significant progress in resolving related administrative issues and expect to finalize related documentation shortly. The United States also has had further in-person discussions with

Physicians Alliance Ltd., and believes that additional settlement efforts are worthwhile.[1] In sum, the discussions between the parties continue to be productive. The parties continue to believe that there is a realistic possibility of reaching a global resolution which would include settling the underlying cases.

In light of the ongoing criminal investigation and settlement discussions, the parties request a further stay of the litigation. This MDL involves a complex and diverse set of health care fraud claims, and presents numerous factual, legal, and logistical challenges. Accordingly, the parties believe that an additional stay, up to and until April 27, 2017, is necessary to meaningfully explore a possible settlement. The parties' proposed Order calls for the parties to submit an updated Joint Management Report on April 13, 2017, and the parties are most willing to report to the Court prior to that date upon request.

Dated: December 13, 2016 Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

/s/Laurie A. Oberembt
Michael D. Granston
Daniel R. Anderson
Laurie A. Oberembt
Justin Draycott
U.S. Department of Justice
Civil Division
601 D Street, NW
Washington, DC 20004
Phone: (202) 514-3345

*Attorneys for the Plaintiff United States*

/s/Richard A. Sauber
Richard A. Sauber (D.C. Bar No. 385070)
Michael L. Waldman (D.C. Bar No. 414646)
Jennifer S. Windom (D.C. Bar No. 502481)
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Phone: (202) 775-4500

*Attorneys for Defendant Health Management Associates, Inc.*

[1] In addition, the United States has continued to interview witnesses, review documents and engage in other investigative work.

/s/Nancy Allstrom
Nancy Allstrom, Esq.
Senior Assistant Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave S.E. West Tower
19th Floor
Atlanta, GA 30334
NAllstrom@LAW.GA.GOV

*Counsel for Plaintiff*: State of Georgia in No. 3:10-CV-472 (W.D.N.C.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 3:12-CV-151 (M.D. Ga.); No. 1:13-CV-1212 (N.D. Ill.)

/s/F. Edward Kirby, Jr.
F. Edward Kirby, Jr., Esq.
Special Deputy Attorney General
North Carolina Medicaid Fraud Control Unit
Office of the Attorney General
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612
fkirby@ncdoj.gov

*Counsel for Plaintiff*: State of North Carolina in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.)

/s/Niki S. Batt
Niki S. Batt, Esq.
Assistant Attorney General
Christopher P. Robinson, Esq.
Assistant Attorney General
Oklahoma Medicaid Fraud Control Unit
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105
niki.batt@oag.ok.gov
christopher.robinson@oag.ok.gov

*Counsel for Plaintiff*: State of Oklahoma in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/R. Stephen Jobe
R. Stephen Jobe, Esq.
Senior Counsel
Office of the Attorney General
Medicaid Fraud & Integrity Division
P.O. Box 20207
Nashville, TN 37202-0207
Steve.Jobe@ag.tn.gov

*Counsel for Plaintiff*: State of Tennessee in No. 3:10-CV-472 (W.D.N.C.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Kristina M. Kennedy
Kristina M. Kennedy, Esq.
Assistant Attorney General
Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
kris.kennedy@texasattorneygeneral.gov

*Counsel for Plaintiff*: State of Texas in No. 3:10-CV-472 (W.D.N.C.); No. 0:11-CV-1713 (D.S.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Jill Bennett
Jill Bennett, Esq.
Assistant Attorney General
Office of Attorney General
Medicaid Fraud Control Unit P1-01,
The Capitol
Tallahassee, Florida 32399-1050

*Counsel for Plaintiff*: State of Florida in No. 8:08-CV-1795 (M.D. Fla.); No. 5:10-CV-3007 (E.D. Pa.); No. 0:11-CV-1713 (D.S.C.); No. 3:10-CV-472 (W.D.N.C.); No. 1:13-CV-1212 (N.D. Ill.)

/s/Edward Sanders
Edward Sanders, Esq.
Edward Sanders Law Office
229 Katherine Drive
Flowood, MS 39232
edwardlloydsanders@gmail.com

*Counsel for Relator:* Bradley Nurkin in No. 2:11-CV-014 (M.D. Fla.)

/s/Robert Branning
Robert Branning, Esq.
Rehak & Branning Law
1411 Bayview Court
Fort Myers, FL 33901
branninglaw@yahoo.com

*Counsel for Relator*: Bradley Nurkin in No. 2:11-CV-014 (M.D. Fla.)

/s/Kevin Darken
Kevin Darken, Esq.
Cohen Law Group
201 East Kennedy Boulevard, Ste 1000
Tampa, Florida 33602
kdarken@tampalawfirm.com

*Counsel for Relator*: David Napoliello, M.D. in No. 8:08-CV-1795 (M.D. Fla.)

/s/Eric D. Isicoff
Eric D. Isicoff, Esq.
Isicoff, Ragatz & Koenigsburg
601 Brickell Key Drive, Suite 750
Miami, FL 33131
isicoff@irlaw.com

*Counsel for Relator*: Paul Meyer in No. 0:11-CV-62445 (S.D. Fla.)

/s/Brandon Hornsby
Brandon Hornsby, Esq.
Hornsby Law Group
Atlantic Center Plaza
1180 W. Peachtree St., Ste 2200
Atlanta, Georgia 30309
brandon@hornsbylaw.com

*Counsel for Relator*: Ralph Williams in No. 3:12-CV-151 (M.D. Ga.)
*Counsel for Relator*: Craig S. Brummer, M.D. in No. 3:09-CV-135 (M.D. Ga.)

/s/Susan S. Gouinlock
Susan S. Gouinlock, Esq.
Marlan Wilbanks, Esq.
Wilbanks & Gouinlock, LLP
3414 Peachtree Road NE, Ste. 725
Atlanta, GA 30326
ssg@WilbanksGouinlock.com
mbw@WilbanksGouinlock.com

*Counsel for Relator*: Ralph Williams in No 3:12-CV-151 (M.D. Ga.)
*Counsel for Relator*: Craig S. Brummer, M.D. in No. 3:09-CV-135 (M.D. Ga.)

/s/Matthew K. Organ
David J. Chizewer, Esq.
Matthew K. Organ, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Ste 3300
Chicago, IL 60603
david.chizewer@goldbergkohn.com
matthew.organ@goldbergkohn.com

*Counsel for Relator*: Scott H. Plantz, M.D. in No. 1:13-CV-1212 (N.D. Ill.)

/s/Marc Raspanti
Marc Raspanti, Esq.
Pamela Brecht, Esq.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Ste 3402
Philadelphia, PA 19103
MSR@pietragallo.com
PCB@pietragallo.com

*Counsel for Relators*: Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PA in No. 3:10-CV-472 (W.D.N.C.)
*Counsel for Relators*: George E. Miller and Michael J. Metts in No. 5:10-CV-3007 (E.D. Pa)

/s/James F. Wyatt III
James F. Wyatt III, Esq.
Robert A. Blake Jr., Esq.
Wyatt & Blake LLP
435 East Morehead St.
Charlotte, NC 28202
jwyatt@wyattlaw.net
rblake@wyattlaw.net

*Counsel for Relators*: Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PA in No. 3:10-CV-472 (W.D.N.C.)

/s/Janet L. Goldstein
Janet L. Goldstein, Esq.
Vogel, Slade & Goldstein, LLP
1300 Connecticut Ave., N.W., Suite 701
Washington, DC 20036-1749
jgoldstein@vsg-law.com

*Counsel for Relators*: Jacqueline Meyer and Michael Cowling in No. 0:11-CV-1713 (D.S.C.)

/s/John Moylan
John Moylan, Esq.
Wyche, P.A.
801 Gervais Street, Suite B
Columbia, SC 29201
jmoylan@wyche.com

*Counsel for Relators*: Jacqueline Meyer and Michael Cowling in No. 0:11-CV-1713 (D.S.C.)

/s/William J. Harrington
William J. Harrington, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
wharrington@goodwinprocter.com

*Counsel for Defendant*: Physicians Alliance Ltd. in No. 5:10-CV-3007 (E.D. Pa.)

/s/Barry M. Sabin
Barry M. Sabin, Esq.
Latham & Watkins
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004-1304
Barry.Sabin@lw.com

*Counsel for Defendant*: Gary D. Newsome in No. 0:11-CV-1713 (D.S.C.)

/s/David Matyas
David E. Matyas, Esq.
George B. Breen, Esq.
Epstein Becker Green
1227 25th Street, NW, Suite 700
Washington, DC 20037-1156
dmatyas@ebglaw.com

*Counsel for Defendants*: Emergency Medical Services Corporation and affiliated or subsidiary organizations in No. 0:11-CV-1713 (D.S.C.); No. 3:10-CV-472 (W.D.N.C.)

/s/John Delionado
John Delionado, Esq.
Hunton & Williams LLP
Sabadell Financial Center
1111 Brickell Ave., Suite 2500
Miami, FL 33131
jdelionado@hunton.com

*Counsel for Defendant*: Pro Med Clinical Systems in No. 1:13-CV-1212 (N.D. Ill.)

**CERTIFICATE OF SERVICE**

I certify that on December 13, 2016, I electronically filed the foregoing updated Joint Management Report with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/Richard A. Sauber

Richard A. Sauber (D.C. Bar No. 385070)
Michael L. Waldman (D.C. Bar No. 414646)
Jennifer S. Windom (D.C. Bar No. 502481)
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Phone: (202) 775-4500

*Attorneys for Defendant Health Management Associates, Inc.*