UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, STATE OF FLORIDA, STATE OF GEORGIA AND STATE OF TENNESSEE ex rel. GEORGE E. MILLER and MICHAEL J. METTS, | 14 MC 339<br><br>**FILED UNDER SEAL**<br><br>**QUI TAM** |
| Plaintiffs, | **DO NOT FILE ON PACER** |
| v. | |
| HEALTH MANAGEMENT ASSOCIATES, INC., | |
| ROSE CITY, LLC, | |
| ROSE CITY HMA, INC d/b/a LANCASTER REGIONAL MEDICAL CENTER, | |
| LANCASTER HMA, LLC, | |
| LANCASTER HMA, INC. d/b/a HEART OF LANCASTER REGIONAL MEDICAL CENTER, | |
| PHYSICIANS ALLIANCE LTD., | |
| MICHAEL WARREN, M.D., | |
| LEE MEYERS, | |
| WALLY LONGTON, M.D., and | |
| GLENN KLINE, D.O. | |
| Defendants. | |

**ORDER**

The United States having intervened in this action with respect to Defendants Physician's Alliance Limited, Lee Meyers, Michael Warren, M.D. and Wallace Longton, M.D., pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the relators' First Amended *Qui Tam* complaint, the Government's Notice of Intervention in Part for Purposes of Settlement, and this Order be unsealed;

2. all other papers or Orders on file currently sealed in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: December 11, 2017

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE