UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| IN RE: HEALTH MANAGEMENT ASSOCIATES, INC. <u>QUI TAM</u> LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) | Misc. Action No. 14-339 (RBW) MDL Docket No. 2524 |
| This Document Relates To: ALL CASES |   |   |

**ORDER**

On September 11, 2019, the Court, after concluding that "all of the claims over which the Court has jurisdiction [appear to] have now been resolved," ordered the parties in this consolidated action to "show cause in writing as to why this case should not be administratively closed." Order at 2 (Sept. 11, 2019), ECF No. 182 (capitalization removed). All but one of the parties, David Napoliello, have consented to administrative closure of the consolidated action. <u>See</u> Joint Status Report ¶ 4 (Mar. 6, 2020) (relator Bradley Nurkin consenting to remand of his only remaining claim); Notice of Relators Jacqueline Meyer and Michael Cowling's Non-Objection to Administrative Closure of this Case at 1 (relators Jacqueline Meyer and Michael Cowling consenting to administrative closure); Notice of Relator Scott H. Plantz's Non-Objection to Administrative Closure of this Case at 1 (relator Scott H. Plantz consenting to administrative closure); Response to Order to Show Cause at 1 (relators Thomas L. Mason, Steven G. Folstad, and Mid-Atlantic Emergency Medical Associates consenting to administrative closure); Notice of HMA's Non-Objection to Administrative Closure of this Case at 1 (defendant Health Management Associates, Inc. consenting to administrative closure). Napoliello, however, neither responded to the Court's show cause Order nor appeared before the Court to "advise the

Court whether any outstanding claims remain in the case[,]" as directed by the Court.  Order at 2 (Dec. 5, 2019), ECF No. 192.

In light of the parties' overwhelming consent to administrative closure of this case, and Napoliello's failure to advise the Court whether any outstanding claims remain in his case, despite being given multiple opportunities to do so, the Court finds it appropriate to administratively close this consolidated action.

Accordingly, it is hereby

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 5th day of March, 2020.

                                                    REGGIE B. WALTON
                                                    United States District Judge