# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: HEALTH MANAGEMENT ASSOCIATES, INC., <u>QUI TAM</u> LITIGATION (NO. II), | ) ) ) ) ) | Misc. Action No. 14-339 (RBW) MDL Docket No. 2524 |
| This Document Relates To: *United States ex rel. Nurkin*, No. 2:11-cv-14-FtM-29DNF (M.D. Fla.) | ) ) ) ) ) ) | |

## JOINT DESIGNATION REGARDING THE RECORD ON REMAND TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Pursuant to Rule 10.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML" or the "Panel") and the Panel's Conditional Remand Order, dated March 17, 2020 (Dkt. No. 198), Plaintiff Bradley Nurkin and Defendants Health Management Associates, Inc, Charlotte HMA, LLC and Punta Gorda HMA, LLC submit this joint designation of the record to be remanded to the U.S. District Court for the Middle District of Florida under Civil Action No. 2:11-cv-14-FtM-29DNF (M.D. Fla.).  The parties hereby stipulate that the contents of the record to be remanded consist of:

- Dkt. 13 – Joint Case Management Report

- Dkt. 102 – Joint Stipulation of Dismissal

- Dkt. 103 – Order (re Joint Stipulation of Dismissal)

- Dkt. 119 – Unopposed Motion for Ninety Day Extension of Time in Which to File Motion for Attorneys' Fees, Costs, and Expenses

- 11/06/2018 Minute Order

- Dkt 130 – Updated Joint Management Report

- Dkt. 131 – Order (Granting Additional Stay to February 28, 2019)

- Dkt. 143 – Unopposed Motion for Thirty (30) Day Extension of Time in Which to File Motion for Attorneys' Fees, Costs, and Expenses

- Dkt. 144 – Order (Denying Dkt. 143 As Moot)

- Dkt. 187 – Motion to Suggest Remand of *United States Ex Rel. Nurkin*

- Dkt. 188 – Relator Nurkin's Response in Opposition to Defendant Health Management Associates, Inc.'s Motion to Suggest Remand and *Combined* Motion to Determine Fees Based on Rates in the District of Columbia

- Dkt. 189 – Relator Nurkin's Response in Opposition to Defendant Health Management Associates, Inc.'s Motion to Suggest Remand and *Combined* Motion to Determine Fees Based on Rates In the District of Columbia

- Dkt. 190 – Defendants' Reply in Support of Motion to Suggest Remand and Opposition to Relator's Motion to Determine Fees Based on Rates in the District of Columbia

- Dkt. 191 – Defendants' Reply in Support of Motion to Suggest Remand and Opposition to Relator's Motion to Determine Fees Based on rates in the District of Columbia

- Dkt. 194 – Order (referring case to Magistrate Judge for Mediation)

- Dkt. 195 – Joint Status Report

- Dkt. 196 – Order and Suggestion of Remand

Dated: April 1, 2020

Respectfully submitted,

/s/ Edward Sanders
Edward Sanders
SANDERS LAW
229 Katherine Drive
Flowood, MS 39232
ES@sanderslaw.us

*Counsel for Relator Bradley Nurkin*


/s/ Michael L. Waldman
Michael L. Waldman (D.C. Bar No. 414646)
D. Hunter Smith (D.C. Bar No. 1035055)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
Phone: (202) 775-4500
mwaldman@robbinsrussell.com

*Attorneys for Defendants Health*
*Management Associates, Inc., Charlotte*
*HMA, LLC and Punta Gorda HMA, LLC*

3